AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 27 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mario Edel SENTENO | ) | Case No. M-18-0906-M |
| DOB: 1978 | ) | |
| U.S.C. | ) | |
| Defendant(s) | ) | SEALED |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/17/2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | possession of a firearm or ammunition, which has affected interstate commerce, by an individual having been convicted of a felony |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D. PAXTON
4/27/18

_____
Complainant's signature

Jorge Olivarez - ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: April 27, 2018 3:35 pm

_____
Judge's signature

City and state: __McAllen, Texas__    U.S. Magistrate Peter E. Ormsby
Printed name and title

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

I, Special Agent Jorge Olivarez, affiant, do hereby depose and state the following: I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer since April 2006.

1. My duties include the investigation of violations of Federal firearms laws. I know it to be unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm.

2. On Friday, November 17, 2017, ATF Special Agents (SAs), assisted Texas Department of Public Safety (DPS), Criminal Investigation Division (CID), Agents, with the execution of State Search Warrant of Mario Edel SENTENO's (hereinafter referred to as "SENTENO"), residence located at 900 E. Daffodil Ave., Apt B, in McAllen, Texas. As a result of this search warrant, SENTENO was found to be in possession of a FEG, Model SA2000M, 7.62x39mm Caliber, SN: ED5003H, AK-47 variant firearm and forty-one (41) rounds of 7.62x39mm caliber ammunition.

3. On Friday, November 17, 2017, SENTENO was detained by DPS CID Agents. During a post-Miranda interview, SENTENO admitted to possessing the aforementioned firearm and ammunition. During the execution of the search warrant, the aforementioned firearm and ammunition were recovered from SENTENO's bedroom closet.

4. The firearm and ammunition was found to be manufactured outside of Texas and affected interstate or foreign commerce. The firearm and ammunition are involved in a violation of 18 USC § 922(g)(1). The firearm and ammunition are subject to forfeiture under 18 USC § 924(d).

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

5. In 2004, SENTENO was convicted of Possession With Intent to Deliver a Controlled Substance, To Wit: Cocaine, in an amount of four (4) grams or more, but less than two hundred (200) grams in the 370th Judicial District Court of Hidalgo County, Texas (CR-1366-04-G). SENTENO was sentenced to five (5) years community supervision. SENTENO is prohibited from possessing a firearm having been convicted of a criminal offense with a punishment greater than one year.

_____
Jorge Olivarez - ATF Special Agent

Sworn to before me and subscribed in my presence,

_____     April 27, 2018
U.S. Magistrate Peter E. Ormsby            Date